IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN FLUG, | ) | |
| | ) | |
| Petitioner, | ) | 4:07CV3070 |
| | ) | |
| v. | ) | |
| | ) | |
| CABELA'S, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion for time, filing 23, is granted and plaintiff's deadline for disclosing expert witnesses is extended an additional ten days.

DATED this 17th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge