IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN FLUG, | ) |
| Petitioner, | ) 4:07CV3070 |
| v. | ) |
| CABELA'S, INC., | ) ORDER |
| Defendant. | ) |

IT IS ORDERED:

Defendant's unopposed motion for time, filing 27, is granted and defendant's deadline for disclosing expert witnesses is extended to November 2, 2007.

DATED October 10, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge