```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

BRIAN FLUG,                     )
                                )
            Petitioner,          )          4:07CV3070
                                )
      v.                        )
                                )
CABELA'S, INC.,                 )            ORDER
                                )
            Defendant.          )
                                )
```

IT IS ORDERED:

Plaintiff's unopposed motion to extend deadline, filing 34, is granted and the deadline for filing discovery motions is extended to November 26, 2007.

DATED this 5th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge