IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN FLUG, | ) | |
| | ) | |
| Petitioner, | ) | 4:07CV3070 |
| | ) | |
| V. | ) | |
| | ) | |
| CABELA'S, Inc., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. The plaintiff's motion to continue the deadline to produce recovered material from the plaintiff's hard drive, filing 71, is granted.

2. The plaintiff shall produce all recovered material, an explanation of the material, and the plaintiff's affidavit regarding the recovered material on or before December 28, 2007.

DATED this 28th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge