## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN FLUG,<br><br>    Plaintiff<br><br>v.<br><br>CABELA'S, INC.,<br><br>    Defendant. | Case No. 4:07CV3070<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO INFORM COURT OF REMAINING DISPUTES REGARDING MOTION FOR SANCTIONS** |

This matter comes before the Court on the Defendant's Motion for Extension of Time to Inform Court of Remaining Disputes Regarding Motion for Sanctions (Document No. 75) in the above-captioned case. This Court finds that the Defendant's Motion is, for good cause shown, granted.

IT IS SO ORDERED that Defendant be given ten (10) days from the service of Plaintiff's supplemental affidavit and all obtainable information concerning the recovery of the documents from Plaintiff's hard drive to confer with Plaintiff's counsel regarding the same and to advise the Court of what, if anything, remains in dispute regarding the Motion for Sanctions.

DATED this 9th day of January 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

414740.1