**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA**

BRIAN FLUG,

      Plaintiff

      v.

CABELA'S, INC.,

      Defendant.

Case No.  4:07CV3070

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE LIST OF TRIAL EXHIBITS**

      This matter comes before the Court on the parties' Joint Motion for Extension of Time to File List of Trial Exhibits (Document No. 79) in the above-captioned case.  This Court finds that the Joint Motion is, for good cause shown, granted.

      IT IS SO ORDERED that the filing of each parties' list of trial exhibits be delayed until the Court has ruled on Defendant's Motion for Summary Judgment.

      DATED this 18th day of January 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

416556.1