IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN FLUG, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3070 |
| | ) | |
| v. | ) | |
| | ) | |
| CABELA'S, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's unopposed oral motion for continuance of the pretrial conference is granted. The pretrial conference is continued until further order, following the court's ruling on the pending summary judgment motion.

DATED this 23rd day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge