FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 FEB 25  PM 1:42

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

BRIAN FLUG,

    Plaintiff

v.

CABELA'S, INC.,

    Defendant.

Case No. 4:07CV3070

ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION FOR SANCTIONS WITHOUT PREJUDICE

This matter comes before the Court on the Defendant's Motion to Withdraw its Motion for Sanctions without Prejudice (Document No. 84) in the above-captioned case. This Court finds that the Motion is, for good cause shown, granted.

IT IS SO ORDERED that the Defendant's Motion to Withdraw its Motion for Sanctions without Prejudice is granted.

DATED this 25th day of February 2008.

United States Magistrate Judge